*CC: Client*
*4-25-11*

# KLENDA, MITCHELL, AUSTERMAN & ZUERCHER, L.L.C.

Alexander B. Mitchell, II
Gary M. Austerman
John V. Wachtel, IV
J. Michael Morris
Jeffrey D. Peier
Scott A. Eads
John B. Gilliam
Gregory B. Klenda
Christopher A. McElgunn
Todd E. Shadid
Paul C. Herr
Chad S. Nelson
❖ Christopher J. Vinduska
David W. Steed
Michelle L. Brenwald
Chasity M. Helm

Attorneys At Law

1600 Epic Center, 301 N. Main
Wichita, Kansas 67202-4816

Telephone: (316) 267-0331
Telefacsimile: (316) 267-0333

www.kmazlaw.com

Michael L. Baumberger ❖
Eric W. Lomas
Pamela C. Parker

Of Counsel
Robert W. Kaplan
James A. Thompson
Carlos J. Nolla-Corretjer

❖ Licensed also in Missouri

L.D. Klenda (1937-1996)
Bruce W. Zuercher (1931-2008)

April 25, 2011

City Clerk
City of Wichita
455 N. Main – 13th Floor
Wichita, Kansas 67202

   Re: Open Records Request
     Request for Records Inspection/Copy – Jerome Dixon, deceased,
     DOB: 8/8/1978

Dear Clerk:

  Enclosed is a Request for Records Inspection/Copy regarding Jerome, Dixon, deceased. Please process same.

  When the requested records are available, please call my office at the above-referenced number and advise the cost thereof. We will then pick up the records and pay the costs.

  Thank you for your assistance. If you have any questions or concerns, please feel free to contact me at the above listed number.

            Sincerely,

            James A. Thompson, *Esq.*
            Attorney at Law

JAT:so/454809
Enclosure: Request for Records Inspection/Copy

**EXHIBIT 3**

REQUEST FOR RECORDS INSPECTION/COPY
CITY OF WICHITA, KANSAS

(To be completed by Requester)

**NAME:** James A. Thompson, Klenda, Mitchell, Austerman & Zuercher, L.L.C.

**ADDRESS** 301 N. Main, Suite 1600

Wichita, KS 67202-4816      (City, State)

**SIGNATURE:** _____      4/25/11

**RECORD(S) SOUGHT:** Please provide as specific a description as possible of the record(s) you desire to inspect or copy. Include record(s) titles and dates, as well as the names of city agencies or departments which produced or hold the record(s):

| Record Title/Date | No. of Copies Desired |
|---|---|
| 1) Police report of W.P.D. from 11/5/10 and 11/6/10 re: Jerome Dixon - DOB: 8/8/1978 | 1 |
| 2) Use of Force Evaluation- W.P.D., re: Jerome Dixon DOB: 8/8/1978 re: Shooting by W.P.D. Officers on | 1 |
| 3) 11/5/10 at 4818 E. New Jersey Drive, Wichita, KS | |

**CHARGES:** A charge for providing inspection to or copies of public records is authorized by state law. These charges are set as a level to compensate the city for the actual costs incurred in honoring your request.

The charge to you for access to the record(s) you request is: $_____.

Prepayment of the above amount ____is required____ is not required.

---

(To be completed by Department Records Custodian and/or City Clerk)

Time of Request:       Date_____       Charges:       Staff Time:  $_____
                       Time___:___AM PM                   ___hrs.@___rate

Time Access Provided:  Date_____                       Copying:
                       Time___:___AM PM                   ___#pages   $_____

                                          Other (specify):$_____
TOTAL CHARGES:
    Prepaid      _____;  Paid   _____    Billed   _____

_____              _____
Department Records Custodian            City Clerk

Form 000-27/Revised March 2000

## ACTUAL FEES ASSESSED (AR 70)*

(CALCULATED BELOW OR ON ATTACHED INVOICE)

Documents which can be copied using document feeder
    Pages 1 – 10                $ .25 each            $_____
    Pages 11 and up          $. 10 each            $_____

Documents which must be copied one at a time:
    All pages                    $ .25 each            $_____

Documents which must be copied off site:
    Actual job cost plus 15% administrative fee.        $_____

Computer printed reports:
    All pages                    $ .15 each            $_____
                                Plus computer staff time.

Retrieval of all documents stored off site at Underground Storage:
    All boxes                    $37.50 per box        $_____
                                (Includes return cost)

Search Costs:

    Staff                           $4 each 15 minute increment       $_____
    Administrative         $6 each 15 minute increment       $_____
    Computer Staff         $6 each 15 minute increment       $_____

Mail charge:
    Each 5 page increment         $ .40                     $_____

Faxes copy:
    Local                        $ .25 per faxed page              $_____
    Long Distance          $ .50 first faxed page            $_____
    Long Distance          $ .25 per additional faxed page $_____

Microfilm copy:              $1.50 per page                 $_____

                                **TOTAL FEES**            $_____

*Revised 06-14-2007