

CITY OF
**WICHITA**

November 20, 2012

James Thompson, Esq.
Klenda Austerman LLC
1600 Epic Center
301 N. Main
Wichita, KS 67202

                              RE:     Claim of Estate of Jerome Dixon

Dear Jim:

I have reviewed the claim filed by the Estate of Mr. Dixon.

Based on the Police reports, the investigation by Ms. Foulston's office and the review by Professional
Standards, it is my opinion that the actions of the Police Officers involved were reasonable and
therefore the claim submitted is denied.

                    Very truly yours,

                    Sharon L. Dickgrafe
                    Chief Deputy City Attorney

SLD/sr

### Department of Law

Gary E. Rebenstorf, Director of Law and City Attorney
Sharon L. Dickgrafe, Chief Deputy City Attorney

City Hall • 13th Floor • 455 North Main • Wichita, Kansas 67202-1635
**T** 316.268.4681 **F** 316.268.4335
www.wichita.gov



EXHIBIT

7